UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARMANDO RAMIREZ,

                                    Petitioner,

        v.

BAKER, et al.,

                                    Respondents.

Case No. 3:13-cv-00025-MMD-VPC

ORDER

It is ordered that petitioner's motions for an enlargement of time (dkt. nos. 13 and 14) are granted *nunc pro tunc*, and that the time for petitioner to file an amended petition is extended up to and including June 27, 2014.  The foregoing extension does not signify any implied finding as to the expiration of the federal limitation period and/or of a basis for tolling during the time period established.  Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims, without regard to any deadlines established or extensions granted herein.  That is, by granting any extension, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

It is further ordered that the Court's prior order (dkt. no. 12) is modified to instead direct the following: The hard copy of any additional exhibits filed by either counsel shall be delivered – for this case – to the Clerk's Office in Reno.

DATED THIS 23rd day of May 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE