UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>                Petitioner,<br>   v.<br>BAKER, *et al.,*<br><br>              Respondents. | Case No. 3:13-cv-00025-MMD-VPC<br><br>ORDER |

This counseled habeas matter under 28 U.S.C. § 2254 comes before the court on respondents' motions to extend time. Good cause appearing, It is ordered that respondents' three motions for extension of time to file an answer to the petition (ECF Nos. 37, 38, 40) are all granted *nunc pro tunc*.

DATED THIS 15th day of November 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE