UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:13-cv-00025-MMD-CBC<br><br>ORDER |

　　It is ordered that Respondents' extension motions (ECF Nos. 54 and 55) are granted *nunc pro tunc*, and the time for Respondents to file a supplemental answer is extended up to and including February 5, 2019.

　　DATED THIS 9th day of January 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE