UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>BAKER, *et al.*,<br><br>Respondents. | Case No. 3:13-cv-00025-MMD-CBC<br><br>ORDER |

Respondents' motion for an enlargement of time (ECF No. 58) is granted *nunc pro tunc* in connection with the supplemental answer filed on March 7, 2019.

DATED THIS 8th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE