UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>                  Petitioner,<br><br>v.<br><br>BAKER, *et al.*,<br><br>                  Respondents. | Case No. 3:13-cv-00025-MMD-CBC<br><br>ORDER |

Petitioner's motions for extension of time (ECF Nos. 66 & 68) are granted, *nunc pro tunc* to the extent necessary; and the time for Petitioner to file a supplemental reply is extended up to and including Monday, June 10, 2019.

DATED THIS 10th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE