UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARMANDO RAMIREZ,<br><br>    Petitioner,<br><br>v.<br><br>BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:13-cv-00025-MMD-CBC<br><br>ORDER |

Petitioner's motion for extension of time (ECF No. 70) is granted, and the time for Petitioner to file a supplemental reply to Respondents' supplemental answer is extended up to and including July 18, 2019. The Court assumes that, in the main, the conflicting responsibilities in the later-filed cases in this District noted in Petitioner's motion involve exigencies such as limitation-period concerns. The Court further understands that Petitioner's extension requests also have been based on other factors, and he has sought less aggregate time than Respondents requested. However, absent an exigency such as an impending possible limitation-period expiration, counsel should request extension in the later-filed case in this District rather than this matter. (ECF No. 53 at 3.)

DATED THIS 10th day of June 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE