UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ARMANDO RAMIREZ,

Petitioner,

v.

BAKER, *et al.,*

Respondents.

Case No. 3:13-cv-00025-MMD-CBC

ORDER

Petitioner has filed an unopposed but untimely fourth motion for extension of time. (ECF No. 72.) The request apparently is for a seven-day extension past the expired deadline to file a supplemental reply, although the motion refers twice also to a 30-day extension. The motion states that counsel inadvertently calendared the wrong response date and that the requested extension will be the final one sought. Untimely extension requests do not promote the efficient administration of justice, as the Court had resumed work on the file after the deadline expired. The Court will grant this one last untimely, and brief, extension request sought; but no further extensions of time will be forthcoming.

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 72) is granted, and the time to file a supplemental reply is extended to July 25, 2019.

DATED THIS 23rd day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE